IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HERBERT CORNELL,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 04-0599-CG-M |
| **THOMAS AP R JONES, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby

**DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 1st day of August, 2005.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE